# United States District Court

WESTERN DISTRICT OF WASHINGTON

BARBARA DOYAL,

                v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

JUDGMENT IN A CIVIL CASE

Case No. C10-5301BHS

___     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     The R&R is **ADOPTED**; and

(2)     This action is **REMANDED** to the Social Security Administration for further administrative proceedings in accordance with the findings contained in the R&R.

April 12, 2011  
Date

WILLIAM M. McCOOL  
Clerk

*s/ Mary Trent*  
Deputy Clerk